**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEROY BERRY,**

          **Plaintiff,**

**-vs-**                                     **Case No. 6:12-cv-1110-Orl-28GJK**

**JAMIE MCGOWAN, JACK PARKER,**
**BOARD OF COUNTY COMMISSIONERS**
**OF BREVARD COUNTY, FLORIDA,**

          **Defendants.**

_____

**ORDER**

       This case is before the Court on Defendants Sheriff Parker and The Brevard County Board of Commissioner's Motion to Dismiss (Doc. No. 6) filed August 13, 2012, and Plaintiff's Motion For Leave Of Court To Continue This Cause Until The Plaintiff Can Obtain Further Evidence And Satisfy A Statutory Prerequisite Supporting His Claim Against The Sheriff Of Brevard County (Doc. No. 11) filed August 28, 2012. The United States Magistrate Judge has submitted a report recommending that the motion to dismiss be granted in part and the motion to continue be denied.

       After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

       1.    That the Report and Recommendation filed October 25, 2012 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants Sheriff Parker and The Brevard County Board of Commissioner's Motion to Dismiss (Doc. No. 6) is **GRANTED** only to the extent that the case be dismissed without prejudice.

3. Plaintiff's Motion For Leave Of Court To Continue This Cause Until The Plaintiff Can Obtain Further Evidence And Satisfy A Statutory Prerequisite Supporting His Claim Against The Sheriff Of Brevard County (Doc. No. 11) is **DENIED**.

4. This case is dismissed without prejudice.

5. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15th day of November, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party